## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Tsering Phuntsok, | ) ) | |
| Plaintiff, | ) | Civil No: 05-cv-00674 (MJD/JGL) |
| vs. | ) ) | |
| Archer Daniels Midland Company, a foreign corporation, | ) ) | **ORDER FOR DISMISSAL** |
| Defendant. | ) ) | |

Pursuant to the Stipulation for Dismissal executed by counsel for the parties, the above-captioned matter is hereby dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 6, 2006                BY THE COURT:


                                      s / Michael J. Davis
                                      Michael J. Davis
                                      United States District Court Judge